UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO PENA,<br>　　　　**Petitioner,**<br>　v.<br>STU SHERMAN,<br>　　　　Respondent. | No. LA CV 15-09216-VBF-SK<br><br>FINAL JUDGMENT |

Pursuant to this Court's contemporaneously issued Order Denying Petitioner's Motion for Reinstatement of Case, Converting Dismissal of Action from "Without Prejudice" to "With Prejudice" for Prolonged Lack of Prosecution, Denying a Certificate of Appealability, Directing Entry of Separate Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Domingo Pena.**

DATED: Tuesday, September 20, 2016

　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE