JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOMINGO PENA (CDCR #AM6988), | No. LA CV 15-09216-VBF-SK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| STU SHERMAN (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent and against petitioner Domingo Pena.** IT IS SO ADJUDGED.

Dated: August 27, 2019

*/s/ Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
Senior United States District Judge